# Jump Legal

Attorneys At Law

www.jumplegal.com

614-487-2314 fax

Dignity Discretion Experience

,                                                                                                       Date:  3/24/2015

Regarding:  Skaggs, Anthony & Tammy
Invoice No:  00000

**Services Rendered**

| Date | Staff | Description | Hours |
|---|---|---|---|
| 2/20/2015 | KB | Draft Motion to Modify; Email to clients for review | 1.00 |
| 2/24/2015 | KB | Receive signed DV from clients; Prepare final Motion to Modify; Prepare amended schedules and pleading | 0.50 |
| 3/20/2015 | KB | Draft Order on Motion to Modify | 0.30 |
| 3/24/2015 | KB | Receive and review signed Order on Motion to Modify | 0.10 |

|  |  |
|---|---|
| Total Fees | $427.50 |
| Total New Charges | $427.50 |

**Staff Summary**

| Name | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Katy Brewer | Attorney | 1.90 | $225.00 | $427.50 |